**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:10CV048 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | |
| $18,312.00 IN UNITED STATES CURRENCY | : | |
| | : | |
| Defendant. | | |

## ORDER GRANTING UNITED STATES' MOTION TO STAY PROCEEDINGS

This matter is before the Court upon the United States' Motion pursuant to

18 U.S.C. § 981(g) to stay the proceedings in this civil forfeiture action until the completion of a

related criminal prosecution against Theodore C. Banks, Jr. (State of Ohio v. Theodore C. Banks,

Jr., Vandalia Municipal Court, Case No. CRB 1000654A&B) on the grounds that civil discovery

would adversely affect the outcome of the related criminal prosecution.

The Court hereby finds that civil discovery would adversely affect the investigation

and criminal prosecution of a related criminal case.

THEREFORE, it is HEREBY ORDERED THAT:

The United States' Motion to Stay Proceedings is granted, and this case, including all

civil discovery shall be stayed until further order of this Court.

The United States shall file quarterly Status Reports.

Date: 8/30/2010                     *s/THOMAS M. ROSE*

                                    _____
                                    THOMAS M. ROSE
                                    UNITED STATES DISTRICT JUDGE