# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

           Plaintiff,

-vs-                                            Case No. 3:10-CV-048

$18,312.00 IN UNITED STATES CURRENCY,

           Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. #29)

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #29), to whom this case was referred pursuant to 28 U.S.C. § 636(b) and Fed. R. Crim. P. 59, and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 59(b)(2) has expired, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that claimant's motion for return of property is DENIED.

November 4, 2011

                                              THOMAS M. ROSE, JUDGE
                                              UNITED STATES DISTRICT COURT