# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,               :       Case No. 3:10-cv-48

  -vs-

                                   Judge Thomas M. Rose
                                   Magistrate Judge Michael J. Newman

18,312.00 in United States Currency,

      Defendant.             :

---

## ORDER DENYING AS MOOT DOCUMENT 34

---

      The Government has advised the Court that its pending motion to compel discovery (doc. 34) should be withdrawn.  *See* doc. 35.  Document 34 is thus **DENIED AS MOOT.**


December 9, 2011                                               s/ **Michael J. Newman**
                                                              United States Magistrate Judge