UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**United States of America,**

    *Plaintiff,*

**v.**                 **Case No. 3:10-cv -048**

                  **Judge Thomas M. Rose**

**18,312 in United States Currency,**

    *Defendant.*

\* \* \* \* \* \* \* \*

**Theodore Banks,**

    *Claimant.*

---

### ORDER TO APPEAR FOR IN-CHAMBERS STATUS CONFERENCE ON MARCH 8, 2012 AT 9:00 A.M.

---

  This matter was set for a status conference by telephone on February 8, 2012. When the Court tried to contact Claimant Theodore Banks at the number listed for him on the docket, it was informed that he did not live at that residence. When the Court tried to contact Claimant at a cell phone number provided by the Government, the number proved no longer functional. The Court wishing to apprise itself of the status of discovery in this case, **ORDERS** Plaintiff, the United States of America, and Claimant, Theodore Banks, to appear in person for a status conference **IN CHAMBERS** on March 8, 2012 at 9:00 a.m. Failure to appear may result in sanctions, including the possible dismissal of any claims.

  **DONE** and **ORDERED** in Dayton, Ohio, Friday, February 10, 2012.

-1-

                                                                                     s/Thomas M. Rose
                                                      _____
                                                                  THOMAS M. ROSE
                                                   UNITED STATES DISTRICT JUDGE