# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:10-cv-048 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | |
| $18,312.00 IN UNITED STATES CURRENCY | : | |
| | : | |
| Defendant. | | |

## ORDER EXTENDING DISPOSITIVE MOTION DEADLINE

This matter is before the Court upon the United States' oral motion to extend the dispositive motion deadline from April 30, 2012 to May 7, 2012.

IT IS HEREBY ORDERED THAT:

The dispositive motion deadline is extended from April 30, 2012 to May 7, 2012.

Date:  April 20, 2012                                             s/Thomas M. Rose

                                                                                THOMAS M. ROSE
                                                                                UNITED STATES DISTRICT JUDGE