# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**United States of America,**

*Plaintiff,*

v.  Case No. 3:10-cv -048

Judge Thomas M. Rose

**18,312 in United States Currency,**

*Defendant.*

**Theodore Banks,**

*Claimant.*

---

### ORDER GRANTING PLAINTIFF UNITED STATES' MOTION FOR SUMMARY JUDGMENT, DOC. 45, AND TERMINATING CASE.

---

Pending before the Court is Plaintiff United States' Motion for Summary Judgment, doc. 45, which is unopposed. The Court has carefully reviewed the United States' motion, and finds it well-founded. Because the materials presented to the Court establish by a preponderance of the evidence that the Defendant represents money furnished in exchange for a controlled substance, the Court **GRANTS** the Government motion, **ORDERS** the forfeiture of the Defendant $18,312 pursuant to 21 U.S.C. § 881(a)(6), and **DIRECTS** the Clerk to **TERMINATE** the instant case, removing it from the dockets of the United States District Court, Western Division at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, Friday, July 13, 2012.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE